No. 09–10491. WHITE v. UNITED STATES. C. A. 4th Cir. Reported below: 362 Fed. Appx. 348;
No. 09–10847. CARRIZOSA-FLORES v. UNITED STATES. C. A. 5th Cir. Reported below: 365 Fed. Appx. 582; and
No. 09–11213. BLACKWOOD v. UNITED STATES. C. A. 4th Cir. Reported below: 368 Fed. Appx. 345. Motions of petitioners for leave to proceed *in forma pauperis* granted. Certiorari granted, judgments vacated, and cases remanded for further consideration in light of *Carachuri-Rosendo* v. *Holder*, 560 U. S. 563 (2010).

No. 09–10029. BISHOP v. JOHNSON ET AL. Sup. Ct. Ga. Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed. See this Court's Rule 39.8.

No. 09–10553. JOHNSON v. VARANO, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT COAL TOWNSHIP, ET AL. C. A. 3d Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed. See this Court's Rule 39.8.

No. 09–10596. MONACELLI v. NEW YORK STATE BANKING DEPARTMENT ET AL. C. A. 2d Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed. See this Court's Rule 39.8.